

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carl Ralph Daily, Appellant

No. 06-23-00093-CV          v.

Phil Smith and Law Office of Phil Smith,
Texas Bar 18664400, Appellees

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV45414). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

 

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's order granting Smith's Rule 91a motion to dismiss.

We further order that the appellant, Carl Ralph Daily, pay all costs incurred by reason of this appeal.

RENDERED JUNE 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk